UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN SEPULVEDA-LOPEZ,<br><br>Defendant. | Case No. 2:07-mj-499-GWF<br><br>ORDER FOR DISMISSAL AND QUASHING WARRANT |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses with prejudice complaint number 2:07-mj-499 on Christian Sepulveda-Lopez.

DATED this  23rd  day of April, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Linda Mott

LINDA MOTT
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this  30th  day of April, 2019.

UNITED STATES MAGISTRATE JUDGE

1